David S. Shankman (pro hac vice)
Michael R. Willats (pro hac vice)
DINSMORE & SHOHL, LLP
201 North Franklin Street, Suite 3050
Tampa, Florida 33602
Phone: (813) 543-9848
Fax: (812 543-9849
david.shankman@dinsmore.com
michael.willats@dinsmore.com

Joseph R. Ganley (5643)
Piers R. Tueller (14633)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Phone: (702) 385-2500
Fax: (702) 385-2086
jganely@hutchlegal.com
ptueller@hutchlegal.com

*Attorney for Defendant*
*ENCORE GROUP (USA), LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CORY HINES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ENCORE GROUP (USA), LLC, a Foreign Limited Liability Company; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No: 2:26-CV-00745-MDC<br><br>**STIPULATED REQUEST TO RESCHEDULE EARLY NEUTRAL EVALUATION**<br><br>**(FIRST REQUEST)** |

Plaintiff CORY HINES ("Plaintiff"), by and through his counsel of record, and Defendant ENCORE GROUP (USA), LLC ("Defendant"), by and through its counsel of record, hereby jointly request to reschedule the Early Neutral Evaluation Session ("ENE") currently set for May 22, 2026

at 10:00 am (Dkt. 13), due to the unavailability of Counsel for the Defendant and the parties determination that limited discovery would benefit the parties' discussions at the ENE.

Lead counsel for the Defendant, David Shankman, has a previously scheduled hearing in the matter of *Total Quality Logistics, LLC v. AJC Group, LLC et al.*, Case No. 26-CA-001294 in the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida during the current ENE date that would preclude his attendance. The conflicting hearing date preceded the Court's scheduling of the ENE. Mr. Shankman has represented the Defendant for more than twenty years and the Defendant desires his attendance at the ENE and believes it is essential to the parties' good faith negotiations. Furthermore, the parties have conferred and agree that the completion of Plaintiff's deposition prior to conducting the ENE would benefit the potential resolution of this matter.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

The parties have conferred and can confirm their availability on the following alternate dates to attend the ENE: July 6, July 7, July 8, July 9, and July 10. This is the first request by the parties to reschedule the ENE and such request is not sought for any improper purpose or other reason of delay.

Dated: May 11, 2026

/s/*Mark J. Bourassa*
Mark J. Bourassa (NBN 7999)
THE BOURASSA LAW GROUP
2350 W. Charleston Blvd., Suite 100
Las Vegas, NV 89102
Phone: (702) 851-2180
Fax: (702) 851-2189
mbourassa@blgwins.com

*Attorney for Plaintiff*

/s/ *Michael R. Willats*
David S. Shankman (pro hac vice)
Michael R. Willats (pro hac vice)
DINSMORE & SHOHL, LLP
201 North Franklin Street, Suite 3050
Tampa, Florida 33602
Phone: (813) 543-9848
Fax: (813_ 543-9849
david.shankman@dinsmore.com
michael.willats@dinsmore.com

Joseph R. Ganley (5643)
Piers R. Tueller (14633)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Phone: (702) 385-2500
Fax: (702) 385-2086
jganely@hutchlegal.com
ptueller@hutchlegal.com

*Attorney for Defendant*
*ENCORE GROUP (USA), LLC*

## ORDER

**IT IS SO ORDERED**.  Unfortunately, the Court is unavailable on the proposed dates and will therefore reset the ENE on the next available date. Accordingly, **IT IS ORDERED** that the ENE scheduled for May 22, 2026, is **VACATED** and **RESET** for **Monday, July 20, 2026, at 10:00 a.m.  IT IS FURTHER ORDERED** that written evaluation statements are due by 4:00 p.m. on July 13, 2026.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 5/14/2026

3 of 3