**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cory Hines, | 2:26-cv-00745-APG-MDC |
| Plaintiff(s), | **ORDER** |
| vs. | |
| Encore Group (USA) LLC, | |
| Defendant(s). | |

With good cause appearing, the Honorable Magistrate Judge Maximiliano D. Couvillier III recuses himself in this action.

**IT IS ORDERED** that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

Dated: June 8, 2026.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge