MARK J. BOURASSA, ESQ. (NBN 7999)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd.
Las Vegas, Nevada 89102
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
Email: *mbourassa@blgwins.com*
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CORY HINES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ENCORE GROUP (USA), LLC, a foreign limited-liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:26-CV-00745-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HERBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED: This 2nd day of September, 2026.

**THE BOURASSA LAW GROUP**

By: /s/ Mark J. Bourassa
MARK J. BOURASSA, ESQ. (NBN 7999)
2350 W Charleston Blvd.
Las Vegas, Nevada 89102

*Attorney for Plaintiff*

**DINSMORE & SHOHL, LLP**

By: /s/ Michael R. Willats
David S. Shankman (pro hac vice)
Michael R. Willats (pro hac vice)
201 North Franklin Street, Suite 3050
Tampa, Florida 33602

Joseph R. Ganley (5643)
Piers R. Tueller (14633)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant*

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.

The clerk of Court is kindly directed to close the case.

IT IS SO ORDERED:

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 3, 2026
CASE NO.: 2:26-CV-00745-MDC